THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ABRAHAM GOLD, Appellant.

Argued January 8, 1946, decided March 7, 1946.

*John J. Fitzgerald* and *David L. Malbin* for appellant.

*George J. Beldock, District Attorney (Henry J. Walsh* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and MEDALIE, JJ.